UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STEPHEN A. TYLER,           )<br>                              )<br>              Plaintiff,     )<br>    vs.                       )          1:05-cv-814-RLY-TAB<br>                              )<br>MICHAEL J. ASTRUE, Commissioner )<br> of the Social Security Administration, )<br>                              )<br>              Defendant.      ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Stephen A. Tyler is not entitled to Disability Insurance Benefits based on his application filed on March 23, 2001, is **AFFIRMED.**

Date: 8/27/07

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov